In the Matter of JAMES S. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; KATHLEEN S., Appellant. (Proceeding No. 1.) In the Matter of NICHOLAS R.W. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; KATHLEEN S., Appellant. (Proceeding No. 2.) [931 NYS2d 524]—

Contrary to the mother's contention, the Family Court's finding of neglect as to the child James S., based on her use of excessive corporal punishment, is supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]; § 1046 [b] [i]). That child's out-of-court statement regarding the use of corporal punishment by the mother was sufficiently corroborated by a caseworker's observation of the injury (*see Matter of Isaiah S.*, 63 AD3d 948, 949 [2009]; *Matter of Derek J.*, 56 AD3d 558, 558-559 [2008]; *Matter of Joshua B.*, 28 AD3d 759, 760-761 [2006]). That evidence, together with a negative inference drawn from the mother's failure to testify, was sufficient to support the Family Court's finding of neglect as to James S. (*see Matter of Maria Daniella R. [Maria A.]*, 84 AD3d 1384 [2011]; *Matter of Charlie S. [Rong S.]*, 82 AD3d 1248 [2011]; *Matter of Imman H.*, 49 AD3d 879 [2008]). Furthermore, since the mother's conduct toward James S. demonstrated a fundamental defect in her understanding of parental duties relating to the care of chil-

dren, there was sufficient evidence from which to make a finding of derivative neglect as to the child Nicholas R.W. (*see* Family Ct Act § 1046 [a] [i]; *see also Matter of Devontay M.*, 56 AD3d 561 [2008]; *Matter of Nicholas L.*, 50 AD3d 1141 [2008]).

In addition to the single incident of use of excessive corporal punishment, which is sufficient to sustain a finding of neglect (*see Matter of Alexander J.S. [David S.]*, 72 AD3d 829, 830 [2010]; *Matter of Rachel H.*, 60 AD3d 1060, 1061 [2009]), the Family Court's finding that the mother had previously engaged in a pattern of erratic conduct that demonstrated her inability to provide the children with proper supervision or guardianship is supported by a preponderance of the evidence (*see Matter of Ashanti R.*, 66 AD3d 1031, 1032 [2009]; *Matter of Lester M.*, 44 AD3d 944, 945 [2007]). Angiolillo, J.P., Dickerson, Chambers and Lott, JJ., concur.